THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM LATKA, | CASE NO. C24-2022-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATUS MEDICAL INCORPORATED, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 9). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulated motion is self-executing and this action is DISMISSED with prejudice and without costs or attorney fees to any party. The Clerk is DIRECTED to close this case.

//
//
//
//

MINUTE ORDER
C24-2022-JCC
PAGE - 1

DATED this 15th day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
